STATE OF NEW JERSEY v. JOHN MARVIN WILLIAMS.

September 6, 1989.

Cross-petition for certification denied.   (See 232 *N.J.Super.* 414).

STATE OF NEW JERSEY v. JOSEPH JOHN ASSENZA.

September 6, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. KEVIN BURKE.

September 6, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. JOSE LUIS REYES.

September 6, 1989.

Petition for certification denied.